# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MICHAEL GUTIERREZ DEFENDANT(S). | CASE NUMBER: 18MJ00070 <br> REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 7:00   1/11/18   ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked: TITLE 18 USC 2251(a)
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1983
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): USMS
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: DEVIN THOMPKINS   Time: 09:20 ☒ AM ☐ PM
14. Remarks (if any): INV OFFICER/AGENT: TRAPP, BERNEM.
    PHONE#: (310) 628-2245
15. Date: 1/11/18
16. Name: TRAPP, SAKAE, LYDIA   (Please Print)
17. Agency: FBI
18. Signature: _____
19. Office Phone Number: (310) 628-2245

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION